B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**2715 N. Milwaukee LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5621286** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2715 N. Milwaukee Avenue**<br>**Chicago, IL**<br>ZIP Code **60647-1336** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                    **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **2715 N. Milwaukee LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) **Page 3**

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **2715 N. Milwaukee LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

### Signature of Attorney*

X **/s/ Gregory J. Jordan**_____
 Signature of Attorney for Debtor(s)

 **Gregory J. Jordan 6205510**
 Printed Name of Attorney for Debtor(s)

 **Apostol, Kowal & Jordan, Ltd.**
 Firm Name

 **200 South Wacker Drive, 32nd Floor**
 **Chicago, IL 60606-5878**

_____
 Address

          **Email: gjordan@akjltd.com**
 **312-854-7181  Fax: 312-276-9285**
 Telephone Number

 **May 14, 2009**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Saul Azar**_____
 Signature of Authorized Individual

 **Saul Azar**
 Printed Name of Authorized Individual

 **Manager**
 Title of Authorized Individual

 **May 14, 2009**
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

X _____

_____
 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **2715 N. Milwaukee LLC**               Case No. _____

                            Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AT&T**<br>**P.O.Box-105262**<br>**Atlanta, GA 30348** | **AT&T**<br>**P.O.Box-105262**<br>**Atlanta, GA 30348** | **Utility** | | **799.58** |
| **Bank of Lincolnwood**<br>**4433 West Touhy Avenue**<br>**Lincolnwood, IL 60712** | **Bank of Lincolnwood**<br>**4433 West Touhy Avenue**<br>**Lincolnwood, IL 60712** | **2715 N. Milwaukee, Chicago IL** | | **6,950,000.00**<br><br>**(4,500,000.00 secured)** |
| **Cbeyond**<br>**13474 Collection Center Dr.**<br>**Chicago, IL 60693** | **Cbeyond**<br>**13474 Collection Center Dr.**<br>**Chicago, IL 60693** | | | **1,402.69** |
| **City of Chicago Department of Water**<br>**P. O. Box 6330**<br>**Chicago, IL 60680-6330** | **City of Chicago Department of Water**<br>**P. O. Box 6330**<br>**Chicago, IL 60680-6330** | **and acct. 831288-491505** | | **37,654.73** |
| **City of Chicago Dept. of Revenue**<br>**Remittance Center**<br>**121 N. LaSalle St. Room 107A**<br>**Chicago, IL 60602** | **City of Chicago Dept. of Revenue**<br>**Remittance Center**<br>**121 N. LaSalle St. Room 107A**<br>**Chicago, IL 60602** | | | **1,576.94** |
| **ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | **ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | **and acct. 7168172046**<br><br>**Utility** | | **4,944.06** |
| **Donald P. Engel**<br>**320 W. Ohio St**<br>**Chicago, IL 60610** | **Donald P. Engel**<br>**320 W. Ohio St**<br>**Chicago, IL 60610** | **Legal Services** | **Disputed** | **60,000.00** |
| **Foster Lz, LLc**<br>**1 Commerce St**<br>**Wilmington, DE 19801** | **Foster Lz, LLc**<br>**1 Commerce St**<br>**Wilmington, DE 19801** | | | **1,000,000.00** |
| **Home Depot**<br>**c/o Certegy Payment Recovery Servs.**<br>**P.O. Box 30184**<br>**Tampa, FL 33630-3184** | **Home Depot**<br>**c/o Certegy Payment Recovery Servs.**<br>**P.O. Box 30184**<br>**Tampa, FL 33630-3184** | | | **841.54** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **2715 N. Milwaukee LLC**                                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **James Capello** | **James Capello** | **2715 N. Milwaukee, Chicago IL** | **Disputed** | **100,000.00 (4,500,000.00 secured) (9,326,561.00 senior lien)** |
| **Lake Shore Waste Services LLC 4808 West Wilson Ave. Chicago, IL 60630** | **Lake Shore Waste Services LLC 4808 West Wilson Ave. Chicago, IL 60630** | **Waste Removal** | | **700.00** |
| **Lou Cole 6200 N. Drake Ave Chicago, IL 60659** | **Lou Cole 6200 N. Drake Ave Chicago, IL 60659** | **2715 N. Milwaukee, Chicago IL** | | **800,000.00 (4,500,000.00 secured) (9,426,561.00 senior lien)** |
| **Novoa Inc. 850 Old Willow Rd. Suite 115 Prospect Heights, IL 60070** | **Novoa Inc. 850 Old Willow Rd. Suite 115 Prospect Heights, IL 60070** | **2715 N. Milwaukee, Chicago IL** | | **2,376,561.00 (4,500,000.00 secured) (6,950,000.00 senior lien)** |
| **Peoples Gas Chicago, IL 60687** | **Peoples Gas Chicago, IL 60687** | | **Disputed** | **80,473.33** |
| **Robert Rothstein 36 W. Randolph St. Chicago, IL 60601-3510** | **Robert Rothstein 36 W. Randolph St. Chicago, IL 60601-3510** | | **Disputed** | **Unknown** |
| **Schwartz Brothers Insurance Agency One South Wacker Drive, Suite 3600 Chicago, IL 60606-4614** | **Schwartz Brothers Insurance Agency One South Wacker Drive, Suite 3600 Chicago, IL 60606-4614** | **Insurance** | | **4,958.80** |
| **U.S. Cellular P.O. Box 0203 Palatine, IL 60055-0203** | **U.S. Cellular P.O. Box 0203 Palatine, IL 60055-0203** | | | **361.55** |
| **Wamu P.O. Box 660022 Dallas, TX 75266-0022** | **Wamu P.O. Box 660022 Dallas, TX 75266-0022** | **Credit card purchases** | | **1,506.00** |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **2715 N. Milwaukee LLC**                                                Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 14, 2009**                        Signature   **/s/ Saul Azar**
                                                            **Saul Azar**
                                                            **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

.

AT&T
P.O.Box-105262
Atlanta, GA 30348


Bank of Lincolnwood
4433 West Touhy Avenue
Lincolnwood, IL 60712


Cbeyond
13474 Collection Center Dr.
Chicago, IL 60693


City of Chicago Department of Water
P. O. Box 6330
Chicago, IL 60680-6330


City of Chicago Dept. of Revenue
Remittance Center
121 N. LaSalle St. Room 107A
Chicago, IL 60602


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Cook County Treasurer
118 N. Clark St., Suite 112
Chicago, IL 60602


Donald P. Engel
320 W. Ohio St
Chicago, IL 60610


Foster Lz, LLc
1 Commerce St
Wilmington, DE 19801


Home Depot
c/o Certegy Payment Recovery Servs.
P.O. Box 30184
Tampa, FL 33630-3184


Illinois Department of Revenue
PO Box 19475
Springfield, IL 62794

Illinois Dept. Employment Security
Bankruptcy Unit
401 S. State St.
Chicago, IL 60605


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


James Capello


Lake Shore Waste Services LLC
4808 West Wilson Ave.
Chicago, IL 60630


Lou Cole
6200 N. Drake Ave
Chicago, IL 60659


Novoa Inc.
850 Old Willow Rd. Suite 115
Prospect Heights, IL 60070


Peoples Gas
Chicago, IL 60687


Reed Smith LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606-7507


Robert Rothstein
36 W. Randolph St.
Chicago, IL 60601-3510


Schwartz Brothers Insurance Agency
One South Wacker Drive, Suite 3600
Chicago, IL 60606-4614


U.S. Cellular
P.O. Box 0203
Palatine, IL 60055-0203

```
Wamu
P.O. Box 660022
Dallas, TX 75266-0022
```